UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KEONDRE MCNEELY,

    Defendant.

_____/

Hon. Robert Holmes Bell

Case No. 1:16-cr-00075

## ORDER OF DETENTION

This matter is before the Court on the government's motion for pretrial detention. The government sought defendant Keondre McNeely's detention on the basis of that he poses a danger to the community, 18 U.S.C. § 1342(f)(1), and that he poses a serious risk of flight, 18 U.S.C. § 3142(f)(2)(A). The Court conducted an evidentiary hearing on January 4, 2017, at which defendant was represented by counsel.

Having considered the evidence presented at the hearing, the parties' oral submissions, and the information in the Pretrial Services Report, and for the reasons stated on the record, the Court finds that the government has met its burden of establishing by preponderant evidence that defendant poses a serious risk of flight and has proven by clear and convincing evidence that defendant poses a danger to the community. The Court finds, as explained on the record, that there is no condition or combination of conditions that will assure the safety of the community.

Accordingly, **IT IS ORDERED** that defendant is committed to the custody of the Attorney General pending further order of this Court.

**DONE AND ORDERED** this 4th day of January, 2017.

                                            /s/ Phillip J. Green
                                            PHILLIP J. GREEN
                                            United States Magistrate Judge